IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID LAWRENCE,**<br>           Petitioner,<br><br>     v.<br><br>**THOMAS MCGINLEY, THE DISTRICT ATTORNEY OF PHILADELPHIA AND THE ATTORNEY GENERAL OF PENNSYLVANIA,**<br>           Respondent. | **CIVIL ACTION**<br><br><br><br>NO.  19-3022 |

**O R D E R**

**WENDY BEETLESTONE, J.**

**AND NOW**, on March 29 2021, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The petition for writ of habeas corpus is **DISMISSED** with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

                                                          BY THE COURT:

                                                          /s/Wendy Beetlestone, J.

                                                          _____
                                                          **WENDY BEETLESTONE, J.**