IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID LAWRENCE,<br>        **Petitioner,**<br><br>v.<br><br>THOMAS MCGINLEY, THE DISTRICT ATTORNEY OF PHILADELPHIA AND THE ATTORNEY GENERAL OF PENNSYLVANIA,<br>        **Respondent.** | CIVIL ACTION<br><br><br><br>NO.  19-3022 |

## O R D E R

**AND NOW**, on this 14th day of April 2021, having received objections by the Petitioner to the Magistrate Judge's Report and Recommendation which appear to have been mailed to the Court in a timely manner, **IT IS ORDERED** that the Court's Order that the Report and Recommendation is Approved and Adopted (ECF 26) **IS HEREBY VACATED**.  Petitioner's Motion to Strike (ECF 28) is, accordingly, **DENIED** as **MOOT.**

**IT IS FURTHER ORDERED**, upon careful and independent consideration of the petition for a writ of habeas corpus, after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice and review and consideration of Petitioner's objections (ECF 27), that:

      1. The Report and Recommendation is **APPROVED AND ADOPTED**;
      2. The petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**;
      3. There is no probable cause to issue a certificate of appealability; and,
      4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

                                                           **BY THE COURT:**

                                                           /s/Wendy Beetlestone, J.
                                                           **WENDY BEETLESTONE, J.**